IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JUNE BROWN**                                                                                          **PLAINTIFF**

V.                                          **4:10CV001637 JMM**

**CITY OF JACKSONVILLE,**
**PAUL MUSHRUSH and**
**CHERYL ERKEL**                                                                                        **DEFENDANTS**

### JUDGMENT

Pursuant to the Order granting Defendants' Motion for Summary Judgment, Judgment is hereby entered in favor of the Defendants and against the Plaintiff with prejudice.

IT IS SO ORDERED this 23rd day of February, 2012.

James M. Moody
United States District Judge